Ryan E. Hatch (SBN 235577)
    rhatch@linerlaw.com
Jason L. Haas (SBN 217290)
    jhaas@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:  (310) 500-3500
Facsimile:   (310) 500-3501

Attorneys for Plaintiff SIGNAL IP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; DAIMLER NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>            Defendant. | Case No. 2:14-cv-03109-JAK (JEMx)<br><br>**UPDATED JOINT REPORT ON SEQUENCE OF CASES FOR TRIAL**<br><br>First Trial Date:        April 19, 2016 |

1   Plaintiff Signal IP, Inc., ("Plaintiff" or "Signal") and defendants American
2   Honda Motor Co., Inc. and Honda of America Mfg., Inc. (collectively "Honda"),
3   Nissan North America, Inc. ("Nissan"), Mazda Motor of America, Inc. ("MMA"),
4   Kia Motors America, Inc. ("KMA"), BMW of North America, LLC ("BMWNA"),
5   and Mercedes-Benz USA, LLC ("MBUSA"), (collectively, "Defendants") hereby
6   submit their Joint Report on Sequence of Cases For Trial.  This report is submitted
7   pursuant to the Court's direction at the February 1, 2016 hearing in these actions.

**Plaintiff's Statement**

In light of all the circumstances, Plaintiff proposes the following trial schedule:

| | | |
|---|---|---|
| Trial 1: | April 19, 2016 | MBUSA |
| Trial 2: | June 7, 2016 | Honda |
| Trial 3: | July 12, 2016 | BMWNA |
| Trial 4: | September 6, 2016 | Nissan |
| Unscheduled Trials: | | MMA & KMA |

Plaintiff's proposed order rests, in part, on the considerations addressed in its oppositions to Defendants' motions to stay.  Mercedes did not move for a stay. Honda and BMWNA each has only a single claim that is currently subject to an IPR proceeding.  Nissan and MMA, by contrast, each has three or more claims pending before the USPTO, and, in the absence of a compelling reason to try those actions first, Plaintiff proposes deferring those trials until after the others have been resolved.  If necessary, the Court can decide the order of the unscheduled cases at a later time.

Plaintiff's proposed schedule assumes that Defendants' motions for summary judgment will be denied in their entirety.  However, if the Court indicates at the March 7 hearing that it is inclined to grant summary judgment with respect to certain defendants or patents, Plaintiff respectfully requests that the Court direct the parties to submit an updated joint report on the sequence of trial by March 11, 2016.

That report would allow the parties to incorporate the Court's guidance into their proposals and provide the Court with revised input on the sequence of trials before the Court sets a final schedule.

**MBUSA's, Honda's, Nissan's, BMWNA's and Kia's Statement**

MBUSA's, Honda's, Nissan's, BMWNA's, and Kia's respective positions on the sequence of trials remain the same as set forth in the parties' December 21, 2015 joint report and discussed during the motion hearing on February 1, 2016.

**MMA's Statement**

MMA expects to prevail in this case when the Court issues rulings on the pending summary judgment and *Daubert* motions.  Nonetheless, MMA agrees to the sequence provided by Signal IP above.

MMA notes that Signal IP asserts three patents against MMA.  MMA disclosed separate technical experts for each asserted patent and separate fact witnesses for each asserted patent.  The fact witnesses that MMA may call include, among others, a number of foreign, third-party witnesses who will require advance notice to make travel arrangements.  Thus, it will be difficult, if not impossible, for MMA to schedule all of its witnesses by the first April 19, 2016 trial date.

Dated:  February 26, 2016          LINER LLP


By:   */s/ Ryan E. Hatch*
       Ryan E. Hatch
       Attorneys for Plaintiff SIGNAL IP, INC.

| | | |
|---|---|---|
| Dated: February 26, 2016 | | FISH & RICHARDSON P.C. |
| | By: | */s/ Ahmed J. Davis* |
| | | Ralph A. Phillips (Pro Hac Vice) |
| | | Ahmed J. Davis (Pro Hac Vice) |
| | | Attorneys for Defendants |
| | | AMERICAN HONDA MOTOR CO., INC: |
| | | and HONDA OF AMERICA MFG., INC. |
| | | |
| Dated: February 26, 2016 | | SHOOK, HARDY & BACON L.L.P. |
| | By: | */s/ Patrick A. Lujin* |
| | | Patrick A. Lujin |
| | | B. Trent Webb |
| | | Richard D. Eiszner |
| | | Gabriel S. Spooner |
| | | Douglas W. Robinson |
| | | Jamie H. Kitano |
| | | Attorneys for Defendant |
| | | NISSAN NORTH AMERICA, INC. |
| | | |
| Dated: February 26, 2016 | | DLA PIPER, LLP |
| | By: | */s/ Patrick S. Park* |
| | | Patrick S. Park |
| | | Attorney for Defendant |
| | | MAZDA MOTOR OF AMERICA, INC. |

| | | |
|---|---|---|
| 1 | Dated: February 26, 2016 | GREENBERG TRAURIG LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ___*/s/ Stephen Shahida*___ |
| 5 | | Stephen Shahida<br>Attorneys for Defendant<br>KIA MOTORS AMERICA, INC. |
| 6 | | |
| 7 | Dated: February 26, 2016 | DLA PIPER LLP |
| 8 | | |
| 9 | | |
| 10 | | By: ___*/s/ Brian Biggs*___ |
| 11 | | Joseph P. Lavelle<br>Andrew N. Stein |
| 12 | | Brian Biggs<br>Patrick Park |
| 13 | | Attorneys for Defendant |
| 14 | | BMW OF NORTH AMERICA, LLC |
| 15 | Dated: February 26, 2016 | ZUBER, LAWLER, & DEL DUCA LLP |
| 16 | | |
| 17 | | |
| 18 | | By: ___*/s/ Don A. Hernandez*___ |
| 19 | | Don A. Hernandez |
| 20 | | |
| 21 | | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 22 | | Scott W. Doyle (pro hac vice) |
| 23 | | Jonathan DeFosse (pro hac vice)<br>Attorneys for Defendant |
| 24 | | MERCEDES-BENZ USA, LLC |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

41406.010-2787462v1 (JLH)   5   Case No. 2:14-cv-03109-JAK (JEMx)

UPDATED JOINT REPORT ON SEQUENCE OF CASES FOR TRIAL

# SIGNATURE ATTESTATION

I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

By: ___/s/ Ryan E. Hatch_____